UNITED STATES DISTICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

04 - 12419 PBS

| | |
|---|---|
| SPA CAPITAL, LLC, | |
| Plaintiff, | |
| v. | CIVIL ACTION NO. |
| MOUNT AUBURN ATHLETIC CLUB, INC., WILLIAM CROWLEY and TANYA CROWLEY, | |
| Defendants. | |

## CORPORATE DISCLOSURE STATEMENT OF
## MOUNT AUBURN ATHLETIC CLUB, INC.

Pursuant to Local Rule 7.3 (D. Mass.), the defendant, Mount Auburn Athletic Club, Inc.

("Mount Auburn"), states that there is no publicly held company that owns ten percent or more

of Mount Auburn's stock.

Respectfully submitted,

MOUNT AUBURN ATHLETIC CLUB, INC.,

By its attorneys,

Thomas H. Hayman (BBO#557279)
Eric H. Loeffler (BBO#641289)
CETRULO & CAPONE LLP
Two Seaport Lane, 10th Floor
Boston, MA 02210
Tel:  (617) 217-5209
Fax: (617) 217-5200

**CERTIFICATE OF SERVICE**

I, Eric H. Loeffler, hereby certify that a true and accurate copy of the foregoing document was served via first class mail, postage prepaid, this 12th day of November, 2004, upon the following:

Robert R. Pierce, Esq.
Christopher D. Engebretson, Esq.
Pierce & Mandeli, P.C.
11 Beacon Street, Suite 800
Boston, MA 02111

Eric H. Loeffler, BBO #641289

02115-0001
350577v1