UNITED STATES DISTICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SPA CAPITAL, LLC,<br><br>　　　　Plaintiff,<br><br>v.<br><br>MOUNT AUBURN ATHLETIC CLUB, INC., WILLIAM CROWLEY and TANYA CROWLEY,<br><br>　　　　Defendants. | CIVIL ACTION NO. 04-12419-PBS |

## ASSENTED TO MOTION TO REMAND

The plaintiff, Spa Capital, LLC ("Spa Capital"), respectfully requests that this Honorable Court remand this action to the Massachusetts Superior Court (Middlesex County). As grounds for this Motion, Spa Capital states:

1.　The plaintiff, Spa Capital, LLC ("Spa Capital"), commenced this lawsuit against the Defendants in the Massachusetts Superior Court (Middlesex County) on August 30, 2004.

2.　On or about November 12, 2004, the Defendants filed a Notice of Removal from the Massachusetts Superior Court to this Court.

3.　The parties have since conferred and agree that this case should be remanded to the Superior Court pursuant to 28 U.S.C. §1441(b).

4.　The defendants, Mount Auburn Athletic Club, Inc., William Crowley and Tanya Crowley, assent to this Motion.

WHEREFORE, Spa Capital, LLC respectfully request that this action be remanded to the Massachusetts Superior Court (Middlesex County).

- 2 -

Respectfully submitted,

SPA CAPITAL, LLC,


/s/ Christopher D. Engebretson
Robert R. Pierce, Esq. (BBO#549172)
Christopher D. Engebretson, Esq. (BBO#635636)
Pierce & Mandell, P.C.
11 Beacon Street, Suite 800
Boston, MA 02111

**Assented to by:**

MOUNT AUBURN ATHLETIC CLUB, INC.,
WILLIAM CROWLEY and TANYA CROWLEY,

By their attorneys,


/s/ Eric H. Loeffler
Thomas H. Hayman (BBO#557279)
Eric H. Loeffler (BBO#641289)
CETRULO & CAPONE LLP
Two Seaport Lane, 10th Floor
Boston, MA 02210