

**OFFICE OF THE CLERK**
**UNITED STATES DISTRICT COURT**
DISTRICT OF MASSACHUSETTS
UNITED STATES COURTHOUSE
1 COURTHOUSE WAY - SUITE 2300
BOSTON, MASSACHUSETTS 02210
TELEPHONE: 617-748-9152

| TO: | RE: |
|---|---|
| Middlesex County Superior Court | CIVIL ACTION #. 04-12419 |
| 40 Thorndike Street | CRIMINAL #. |
| Cambridge, MA 02141 | |

Dear Clerk:

　　Please be advised that an order transferring the above entitled action to your court was entered on 12/3/04 by the Honorable Patti B. Saris.

　　The following documents are included in our file and transmitted herewith:

　　( x )　Certified copy of the docket entries;

　　( x )　Certified copy of the transferral order;

　　( x )　Original documents numbered 1-5

　　(   )　

　　Kindly acknowledge receipt of the above on the copy of this letter.

　　　　　　　　　　　　　　　　　　　　Respectfully,

　　　　　　　　　　　　　　　　　　　　TONY ANASTAS
　　　　　　　　　　　　　　　　　　　　CLERK OF COURT

Date: 12/10/04　　　　　　　　　　　　By: /s/ Christine Patch
　　　　　　　　　　　　　　　　　　　　　　　Deputy Clerk

cc:　　Counsel, File

---

　　The documents listed above were received by me on _____ and assigned the following case number: _____.

　　　　　　　　　　　　　　　　　　　　By: _____
　　　　　　　　　　　　　　　　　　　　　　Deputy Clerk

(Transfer Cover Letter.wpd - 12/98)